IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NATHANIEL GRIGGS, * | |
| Petitioner, * | |
| vs. * | CASE NO. 4:06-CV-25 (CDL) |
| STEPHEN UPTON, Warden, * | |
| Respondent. * | |
| * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 31, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 28th day of September, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE